IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALEX GRIFFIN, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | NO. 5:05-CV-48 (DF) |
| DR. KANE, | : | |
| | : | |
| Defendant | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION ON MOTION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

Plaintiff ALEX GRIFFIN has filed a motion in which it appears that he seeks a temporary restraining order and/or preliminary injunction.  Tab #13.  Plaintiff's motion is a rambling set of requests that includes the right to use a phone and access to the law library. The defendant has responded thereto. Tab #18.

A temporary restraining order (TRO) or preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties.  *Cate v. Oldham*, 707 F.2d 1176, 1185 (11th Cir. 1983). A TRO or injunctive relief is only appropriate where the movant demonstrates that (1) there is a substantial likelihood of success on the merits; (2) the TRO or injunction is necessary to prevent irreparable injury; (3) the threatened injury outweighs the harm that the TRO or injunction would cause to the non-movant; and (4) the TRO or injunction would not be adverse to the public interest.  *Parker v. State Board of Pardons and Paroles*, 275 F.2d 1032, 1035 (11th Cir. 2001). Furthermore, injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available is available. *Cunningham v. Adams*, 808 F.2d 815, 821 (11th Cir. 1987).

After a careful review of the plaintiff's motion for a TRO and injunctive relief, in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that the plaintiff has not met the prerequisites for the issuance of a preliminary injunction or TRO.  He fails to satisfy *any* of the prerequisites set forth above.  Plaintiff, of course, is free to institute new legal proceedings against anyone he contends have violated his constitutional rights.

Accordingly, it is **RECOMMENDED** that the plaintiff's motion be **DENIED**.  Under 28 U.S.C. §636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom the case is assigned within ten (10) days after being served with a copy of this order.

SO RECOMMENDED, this 11th day of JULY, 2005.



        CLAUDE W. HICKS, JR.
        UNITED STATES MAGISTRATE JUDGE