IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ALEX GRIFFIN,** | : | |
| Plaintiff, | : | |
| vs. | : | 5:05CV48 (DF) |
| **DR. KANE,** | : | |
| Defendant. | : | |

### O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on July 11, 2005 (tab 20).  Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Plaintiff Griffin's motion for preliminary injunctive relief (tab 13) is hereby **DENIED.**

SO ORDERED, this 13th day of October, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew