IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALEX M. GRIFFIN, | : |
| Plaintiff, | : |
| vs. | : 5:05-CV-48 (DF) |
| DR. FRANCIS KANE, | : |
| Defendant. | : |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr., entered in this case on April 26, 2006 (doc. 40). Neither party has served or filed written objections to the Magistrate Judge's Recommendation.

Accordingly, Defendant Kane's motion for summary judgment (doc. 35) is hereby **GRANTED.**

SO ORDERED, this 9th day of August, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew